United States District Court
Southern District of Texas

**ENTERED**

May 28, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| JULIO AYALA MARQUEZ, <br>     "Petitioner," <br><br> v. <br><br> WARDEN, PORT ISABEL DETENTION <br> CENTER, *et al., in their official capacities,* <br>     "Respondents." | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§      Civil Action No. 1:26-cv-00562 |

## ORDER

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus and Complaint for Administrative Procedure Act Relief" (Dkt. No. 1) ("Petition") and "Motion for Temporary Restraining Order and Preliminary Injunction" (Dkt. No. 3) ("MTRO"). To expedite the Court's review, Respondents are **ORDERED** to submit a Response to the Petition and MTRO no later than 20 days after service of this Order upon Respondents.

The Clerk of the Court is **DIRECTED** to deliver copies of the Petition (Dkt. No. 1), MTRO (Dkt. No. 3), and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov.

In addition, because the Petition alleges unreasonably prolonged detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), Respondents are **ORDERED** to provide timely status updates concerning any administrative review of Petitioner's detention as relevant developments occur. These updates should include the progress and conclusions of custody review determinations under 8 C.F.R. §§ 241.4 and 241.3. The Court further encourages Respondents to construe the Petition as a written request for release under 8 C.F.R. § 241.13(d) and to begin custody review under 8 C.F.R. § 241.13(d) accordingly. *See Singh v. Gonzalez*, No. CIV.A. H-05-4361, 2006 WL 6584615 (S.D. Tex. Feb. 17, 2006) (directing respondents to "treat the instant petition for writ of habeas corpus as a request for release under 8 C.F.R. §§ 241.4 and 241.13").

1 / 2

SIGNED this May 28, 2026

Rolando Olvera
United States District Judge