United States District Court
Southern District of Texas
**ENTERED**
October 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JULIO AYALA MARQUEZ,<br>"Petitioner," | § | |
| v. | § | Civil Action No. 1:26-cv-00562 |
| WARDEN, PORT ISABEL DETENTION CENTER, *et al.*,<br>"Respondents." | § | |

**ORDER**

The Court previously granted Petitioner's habeas petition in part and kept the case open pending a status report from Respondents confirming their compliance with the Court's order. Dkt. No. 12. Because that report has been filed, Dkt. No. 13, the Clerk of the Court is hereby **ORDERED** to close this case.

SIGNED this October 15, 2026

Rolando Olvera
United States District Judge